UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEWAYNE BIVENS,

        Plaintiff,

- against -

NASSAU COUNTY POLICE DEPARTMENT, *et al.,*

        Defendants.
-----------------------------------------------------------------X

FILED
CLERK
4:00 pm, Oct 19, 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**JUDGMENT**
CV 14-4555 (JFB) (AYS)

An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on October 12, 2018; adopting in its entirety the July 12, 2018 Report and Recommendation of United States Magistrate Judge Anne Y. Shields; dismissing this action with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; directing the Clerk of the Court to enter judgment and close this case; and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff Dewayne Bivens take nothing of defendants; that this action is dismissed with prejudice Rule 41(b) of the Federal Rules of Civil Procedure; that this case is closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated:  Central Islip, New York
         October 19, 2018

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT

                   BY:   /s/ CHELSEA TIRADO
                              DEPUTY CLERK